ASPEN AMERICAN INSURANCE COMPANY, as Subrogee of Ventrex LLC, Appellant, v SANGHAMITRA KODUKULA, Defendant, and FLAT RATE MOVERS, LTD., Respondent. [30 NYS3d 558]—

Appeal from order, Supreme Court, New York County (Barbara Jaffe, J.), entered July 24, 2015, which granted plaintiff's motion for leave to reargue the court's prior order, entered April 28, 2015, only to the extent that it required that plaintiff proceed by cross motion for leave to replead and

submit an amended complaint, and upon reargument, vacated the requirement and otherwise adhered to its prior order, unanimously dismissed, without costs, as academic.

The motion court dismissed plaintiff's claims as against Flat Rate Movers Ltd. for failure to state a cause of action, and thus plaintiff was free to commence a new action for the identical relief (*see* CPLR 205 [a]). Inasmuch as plaintiff has commenced a new action against Flat Rate, dismissal of the appeal, based on the court's denial of plaintiff's motion for leave to replead, is warranted. Concur—Tom, J.P., Saxe, Richter, Gische and Webber, JJ.